| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| | EDWARD G. BURG, Bar No. 104258 |
| 2 | eburg@manatt.com |
| | VIRAL MEHTA, Bar No. 261852 |
| 3 | vmehta@manatt.com |
| | 2049 Century Park East, Suite 1700 |
| 4 | Los Angeles, CA 90067 |
| | Telephone:  (310) 312-4000 |
| 5 | Facsimile:   (310) 312-4224 |
| 6 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION

| | |
|---|---|
| FFV COYOTE LLC, a Washington limited liability company; EMC7, LLC, a Washington limited liability company; ERIC F. BONETTI; DAVID R. BONETTI; GLEN C. KRAL and SUSAN S. KRAL, as Trustees of the Kral 1994 Trust; BENSON GROUP LLC, a California limited liability company; JEAN BEU, as Trustee of the Jean Beu California Property Trust; LEE LESTER/BAILEY LLC, a California limited liability company; and F.R. LESTER CAPITAL, LLC, a California limited liability company | Case No.  5:22-cv-00837-VKD<br><br>Hon. Virginia K. DeMarchi<br><br><br><br><br><br>Date:       March 21, 2023<br>Time:       10:00 a.m.<br>Place:      Courtroom 2, Fifth Floor |
| Plaintiffs, | |
| vs. | |
| CITY OF SAN JOSE, a municipal corporation; DOES 1 through 10, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STAY ACTION FOLLOWING SETTLEMENT CONFERENCE**

# [PROPOSED] ORDER

Plaintiffs FFV Coyote LLC, EMC7, LLC, Eric F. Bonetti, David R. Bonetti, Glen C. Kral and Susan S. Kral, as Trustees of the Kral 1994 Trust, Benson Group, LLC, Jean Beu, as Trustee of the Jean Beu California Property Trust; Lee Lester/Bailey, LLC, and F.R. Lester Capital, LLC's (collectively, the "Owners") motion for an order staying this action for six (6) months, with commensurate extensions of the future case deadlines set forth in the Court's Case Management Order (Dkt. No. 35), came on regularly for hearing before this Court on March 21, 2023 at 10:00 a.m.

Counsel for the Owners and Defendant City of San Jose appeared.

Having read and considered the motion, memoranda of points and authorities and declarations filed by the parties, and having heard argument of counsel, and good cause appearing,

IT IS HEREBY ORDERED:

(1) the above-entitled action is stayed for six months, as of the date of this Order;

(2) the schedule in the Case Management Order (Dkt. No. 35) is amended such that all deadlines and cutoffs are extended by six months, as of the date of this Order;

(3) the Final Pretrial Conference is continued from April 24, 2024 to _____, 2024 at 10:00 a.m.; and

(4) the start of the Jury Trial (15 days) is continued from May 8, 2024 to _____, 2024 at 9:00 a.m.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Virginia K. DeMarchi
United States Magistrate Judge