| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| | EDWARD G. BURG, Bar No. 104258 eburg@manatt.com |
| 2 | VIRAL MEHTA, Bar No. 261852 vmehta@manatt.com |
| | 2049 Century Park East, Suite 1700 |
| 3 | Los Angeles, CA 90067 |
| | Telephone:   (310) 312-4000 |
| 4 | |
| | Attorneys for Plaintiffs |
| 5 | |
| | NORA FRIMANN, City Attorney (Bar No. 93249) |
| 6 | ARDELL JOHNSON, Assistant City Attorney (Bar No. 95340) |
| | MARGO LASKOWSKA, Sr. Dep. City Attorney (Bar No. 187252) |
| 7 | 200 East Santa Clara Street, 16th Floor |
| | San Jose, CA 95113-1905 |
| 8 | Telephone:   408-535-1900 |
| | Email: cao.main@sanjoseca.gov |
| 9 | |
| | Attorneys for Defendant CITY OF SAN JOSE |
| 10 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION

| | | |
|---|---|---|
| FFV COYOTE LLC, a Washington limited liability company; EMC7, LLC, a Washington limited liability company; ERIC F. BONETTI; DAVID R. BONETTI; GLEN C. KRAL and SUSAN S. KRAL, as Trustees of the Kral 1994 Trust; BENSON GROUP LLC, a California limited liability company; JEAN BEU, as Trustee of the Jean Beu California Property Trust; LEE LESTER/BAILEY LLC, a California limited liability company; and F.R. LESTER CAPITAL, LLC, a California limited liability company | | Case No.  5:22-cv-00837-VKD |
| Plaintiffs, | | |
| vs. | | |
| CITY OF SAN JOSE, a municipal corporation; DOES 1 through 10, | | |
| Defendants. | | |

**STIPULATION RE DISMISSAL**

**[FED. R. CIV. PRO. 41(a)(1)]**

Stipulation re Dismissal – 5:22-cv-00837-VKD

**STIPULATION RE DISMISSAL**

**[FED. R. CIV. PRO. 41(a)(1)]**

Plaintiffs FFV Coyote LLC, EMC7, LLC, Eric F. Bonetti, David R. Bonetti, Glen C. Kral and Susan S. Kral, as Trustees of the Kral 1994 Trust, Benson Group LLC, Jean Beu, as Trustee of the Jean Beu California Property Trust, Lee Lester/Bailey LLC, and F.R. Lester Capital, LLC (collectively "Plaintiffs"), on the one hand, and Defendant City of San Jose ("the City"), on the other, stipulate as follows:

WHEREAS Plaintiffs filed their Complaint in this action on February 9, 2022 (Dkt. No. 1); and

WHEREAS Plaintiffs' Complaint alleged three claims for relief:  (1) Taking Under the Fifth Amendment; (2) For Violation of Equal Protection Under the Fourteenth Amendment; and (3) For Violation of Due Process Under the Fourteenth Amendment; and

WHEREAS, on March 25, 2022, the City filed its Motion to Dismiss the Complaint in its entirety (Dkt. No. 14);

WHEREAS, on October 26, 2022, the Court issued its Order Granting in Part and Denying in Part Defendant's Motion to Dismiss (Dkt. No. 28).  The Court dismissed with leave to amend Plaintiffs' Third Claim for Relief, For Violation of Due Process Under the Fourteenth Amendment, and denied the Motion to Dismiss as to Plaintiffs' First Claim for Relief for a Taking Under the Fifth Amendment and Plaintiffs' Second Claim for Relief For Violation of Equal Protection Under the Fourteenth Amendment; and

WHEREAS the City filed its Answer to the Complaint on January 9, 2023 (Dkt. No. 39);

WHEREAS the City's Answer alleges, in ¶10 of its Affirmative Defenses, that Plaintiffs' claims are barred by the doctrine of ripeness; and

WHEREAS factual developments since Plaintiffs filed their Complaint have rendered Plaintiffs' claims unripe under case authority including the final decision prong of *Williamson County Regional Planning Comm'n v. Hamilton Bank*, 473 U.S. 172

1  (1985), partially overruled on other grounds by *Knick v. Township of Scott*, 139 S. Ct. 2162

2  (2019), and other cases; and

3      WHEREAS Plaintiffs desire to have their Complaint dismissed under Fed. R. Civ.

4  Proc. 41(a) without prejudice on the ground of ripeness so that they may proceed to

5  ripen their claims; and

6      WHEREAS Plaintiffs have therefore requested the City to stipulate to a dismissal

7  under Fed. R. Civ. Proc. 41(a) without prejudice on the ground of ripeness, and the City

8  has agreed to so stipulate as set forth herein;

10      THEREFOR, Plaintiffs and the City hereby stipulate as follows:

11      1.    The remaining Claims for Relief in Plaintiffs' Complaint—Plaintiffs' First

12  Claim for Relief for a Taking Under the Fifth Amendment and Plaintiffs' Second Claim

13  for Relief For Violation of Equal Protection Under the Fourteenth Amendment—shall be,

14  and hereby are, dismissed without prejudice under Fed. R. Civ. Proc. 41(a)(1)(A)(ii) on

15  the grounds of ripeness.

16      2.    Plaintiffs and the City shall each bear their respective attorneys' fees and

17  costs incurred in the prosecution or defense of this lawsuit.

18      3.    The signatories to this Stipulation represent that they are authorized to

19  sign on behalf of, and to bind, the parties for which or for whom they are signing, and

20  that all required approvals for their authority to sign and to bind have been obtained.

22      PLAINTIFFS:

24  Dated: __April 4_____, 2023    **FFV COYOTE, LLC**
    a Washington limited liability company

26      By:___/s/ Tom Foster_____
    Name: _____Tom Foster_____
    Its: __Member_____

| | | |
|---|---|---|
| 1 | Dated: _____April 12_____, 2023 | **EMC 7, LLC**<br>a Washington limited liability company |

By:   /s/ William Foster
Name:         William Foster
Its:   Managing Member

Dated: _____April 4_____, 2023         /s/ Eric F. Bonetti
**ERIC F. BONETTI**, an individual

Dated: _____April 4_____, 2023         /s/ David R. Bonetti
**DAVID R. BONETTI**, an individual

Dated: _____April 4_____, 2023   **THE KRAL 1994 TRUST**

By:   /s/ Glenn C. Kral
         Glenn C. Kral, Trustee

By:   /s/ Susan S. Kral
         Susan S. Kral, Trustee

Dated: _____April 3_____, 2023   **BENSON GROUP, LLC**
a California limited liability company

By:   /s/ Peter R. Benson
Name:         Peter R. Benson
Its:    Manager

Dated: _____April 4_____, 2023   **THE JEAN BEU CALIFORNIA PROPERTY TRUST**

By:   /s/ Jean Beu
         Jean Beu, Trustee

Dated: _____April 3_____, 2023          **LEE LESTER/BAILEY LLC**
                                            a California limited liability company


                                            By:___/s/ Linda L. Lester_____
                                            Name: _____Linda L. Lester_____
                                            Its: ___Manager_____

Dated: _____April 3_____, 2023          **F.R. LESTER CAPITAL, LLC**
                                            a California limited liability company


                                            By:___/s/ Fred R. Lester_____
                                            Name: _____Fred R. Lester_____
                                            Its: ___General Partner_____


    THE CITY:

Dated: _____March 30_____, 2023          **THE CITY OF SAN JOSE**


                                            By:___/s/ Nora Frimann_____
                                            Name: _____Nora Frimann_____
                                            Its: ___City Attorney_____


    Approved as to form:

Dated: _____April 6_____, 2023          /s/ Edward G. Burg_____
                                            EDWARD G. BURG
                                            MANATT, PHELPS & PHILLIPS, LLP
                                            Counsel for Plaintiffs


Dated: ____March 30_____, 2023          /s/ Margo Laskowska_____
                                            MARGO LASKOWSKA
                                            OFFICE OF THE CITY ATTORNEY
                                            Counsel for Defendant
                                            CITY OF SAN JOSE

**FILER'S ATTESTATION**

I am an ECF User.  Pursuant to Civil L.R. 5-1(h)(3), I attest that each of the other Signatories to this document have concurred in the filing of the document.

/s/  Edward G. Burg
EDWARD G. BURG

402050615.1